# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
April 6, 2026

Lyle W. Cayce
Clerk

No. 25-10866
Summary Calendar

———————————

Danielle Janee Johnson,

*Plaintiff—Appellant*,

*versus*

Epsilon Data Management, L.L.C.,

*Defendant—Appellee*.

———————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:23-CV-01016

———————————

Before Wiener, Willett, and Wilson, *Circuit Judges*.

Per Curiam:[*]

We have carefully considered this appeal in light of the briefs and pertinent portions of the record. Having done so, we find no error that would affect the judgment of the district court. We therefore AFFIRM the judgment of that court.

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.